UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Brian J. Pierce
　Petitioner,

Vs.

Luis Spencer,
　Respondent.

Civil No.
#_____

## PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes the Petitioner, Brian J. Pierce, PRO SE, and respectfully request this Honorable Court for leave to proceed on his motion for Petition for relief in Forma Pauperis, Pursuant to Federal Rules Appelate Procedure, 24.

The Petitioner request leave to file in Forma Pauperis as Petitioner is filing PRO SE, and is also an inmate incarcerated at Massachusetts Correctional Institution in Norfolk State Prison.

In support and incorporated as part hereof by reference the Petitioner submits herewith the Petitioner's Affidavit of Indigency and Request for waiver or State Payment of fees and costs.

WHEREFORE, the Petitioner moves that this motion be allowed.

Respectfully Submitted,

Dated: June /1/2004

Brian J. Pierce Pro Se,
W-54098
M.C.I. Norfolk
P.O. Box 43
Norfolk, MA. 02056

UNITED STATES DISTRICT COURT

IMPOUNDED    CONFINDENTIAL

Suffolk County

Brian J. Pierce, Petitioner,

Civil No.
#_____

Appeal No.
# 03-P-26

-vs-

Luis Spencer, Respondent,

## AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER OR STATE PAYMENT OF FEES AND COSTS

Pursuant to General Laws c. 261 §§ 27A-G, the applicant, Brian J. Pierce swears (or affirms) as follows:

[Check only one.]

1. Applicant is indigent in that he/she is a person:

\_\_\_(a) who receives public assistance under the Massachusetts Aid To Families With Dependent Children, General Relief, or Veteran's Benefits programs or receives assistance under title XVI of the Social Security Act, or the Medicaid Program, 42 USC et seq., or

XX (b) whose income, after taxes is 125%, or less of the current poverty threshold annually established by the Community Services Administration pursuant to §625 of the Economic Opportunity Act, as amended, or

\_\_\_(c) who is unable to pay the fees and costs of the proceeding in which he is involved, or is unable to do so without depriving himself or his dependents of the necessities of life, including food, shelter and clothing.

Note: If the applicant checks (c), he/she should fill in the information called for in the "Supplement to the Affidavit O Indigency."

2. Applicant requests that the following normal fees and costs (E.G., filing fee, service of process costs, ect.) either be waived or paid for by the state.

Note: In filing in the blanks in this paragraph and paragraph 3, be as specific as possible as to fees and costs known at the time of filing this request. A supplemental request may be filed at a later time, if necessary.

All court cost, with the exception of the $5.00 filing fee.

COMMONWEALTH OF MASSACHUSETTS

__Norfolk__, ss
(County)

No: _____

__Brian J. Pierce__
Petitioner

v.

__Luis Spencer__
Respondent

## VERIFICATION OF INMATE'S ACCOUNT

I, __MARSHA Collins__, being the Institutional Treasurer at __M.C.I. NORFOLK__, hereby verify that the following is a Statement of Inmate __BRIAN J. PIERCE   W-54098__ Prison Account:

1) Personal Account Balance of: $ __2.29__
2) Savings Account Balance of: $ __0__
3) Other Assets (Specify) $ __0__

Date: __5-/10/04__

By: ___Marsha A Collins___
(Treasurer)
__M.C.I. NORFOLK__
(Institution)
__P.O. BOX 43__
(Address)
__NORFOLK  MA   02056__
(City/State/Zip Code)