UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. PIERCE,            )
Petitioner,                 )        CIVIL ACTION No.
                            )
Vs.                         )
                            )
LUIS SPENCER                )
Superintendent              )
of M.C.I. Norfolk,          )
Respondent.                 )
                            )

## PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Your Honor,

I, Brian J. Pierce, hereby certify under penalty of perjury that the following facts are true:

1...I am the petitioner in the above named matter and desire the assistance of counsel in these proceedings.

2...I represent to the court that the issues raised in the Post Conviction relief have not previously been seriously considered by the lower courts and the Petitioner believes these issues to be meritorious.

3...I represent to the court that I am without money or means with which to employ an attorney, and so am unable financially to retain counsel for myself.

4...Petitioner is without the aid of counsel to properly represent his complex Constitutional claims before this Honorable Court, for he is unlearned in the law and has up to this point relied on inmate counsel.

5...Petitioner states that it is not unusual for the 1st circuit courts to assign counsel in these particular matters

as they have done in the following:

<u>United States V. McDonald,</u> slip op. No. 96-1534 (1st Cir. R.I. August 20, 1997); <u>United States V. Fernandez,</u> slip op. No. 96-1655 (1st Cir. Mass. August 6, 1997) and <u>United States V. Cruz,</u> slip op. 95-1908 (1st Cir. Mass. July 28. 1997).

    Wherefore, the Petitioner, Brian J. Pierce, acting Pro Se in the above-captioned matter, prays this Honorable Court assign counsel from the Federal Defender's Office, or any agency this Court deems fit.

    Thank You for Your Time and Consideration regarding this matter. Signed Under penalties of perjury this _1st._ Day of June, 2004

Respectfully Submitted

by Petitioner,

_____
Brian J. Pierce, Pro Se
M.C.I. Norfolk
P.O. Box 43
Norfolk, MA. 02056