AO 241 (Rev. 5/85)

# PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions—Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

O 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District<br>Norfolk | |
|---|---|---|
| Name<br>Brian J. Pierce | Prisoner No.<br>W-54098 | Case No.<br>92-0142A |
| Place of Confinement | | |
| M.C.I. Norfolk, Norfolk, MA. 2 Clark St. (P.O. Box 43) 02056 | | |
| Name of Petitioner (include name under which convicted)<br>Brian J. Pierce | V. | Name of Respondent (authorized person having custody of petitioner)<br>Commonwealth Of Massachusets<br>(Superintendent Luis Spencer |
| The Attorney General of the State of:<br>Massachusetts (Tom Reilly) | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _____
   Worcester Superior Court, 2 Main St. Worcester, MA. 01608

2. Date of judgment of conviction ___Second day of March, 1993___

3. Length of sentence ___Life Imprisonment___

4. Nature of offense involved (all counts) ___Murder in the second degree___
   _____
   _____
   _____

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _____
   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court ___Appeal Court for the Commonwealth of Massachusetts___

   (b) Result ___Appeal Denied___

   (c) Date of result and citation, if known ___January 14, 2004___

   (d) Grounds raised ___Federal Actual Innocence Doctrin, Ineffective Assistance of Counsel, Equitable Tolling due to Error of Law.___

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court ___Supreme Judicial Court for the Commonwealth of Massachusetts___

   (2) Result ___Denial of F.A.R. Application.___

   (3) Date of result and citation, if known ___March 10, 2004___

   (4) Grounds raised ___Federal Actual Innocence Doctrin, Ineffective Assistance of Counsel, Equitable Tolling due to Error of Law.___

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court ___

   (2) Result ___

   (3) Date of result and citation, if known ___

   (4) Grounds raised ___

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes ■ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___Worcester Superior Court___

    (2) Nature of proceeding ___Rule 30, withdrawal of Guilty Plea.___

    (3) Grounds raised ___Ineffective Assistance of Counsel, due to failure to Investigate un-known cause of death and autopsy that contradicts states___

(3)

AO 241 (Rev. 5/85)

claims. Entire plea hearing, (on record) fails to establish any factual Evidence, and is based entirely on out of court extrajudicial statements that are proved false by the Autopsy report.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result __Motion Denied__

(6) Date of result __December 17, 2002__

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☒  No ☐
(2) Second petition, etc.   Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)