UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7 P 1:50

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Brian J. Pierce,<br>Petitioner,<br><br>Vs.<br><br>Luis Spencer,<br>Respondent. | CIVIL ACTION<br>No._____ |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the petition for Habeas Corpus, and the Record Appendix was served upon Annette C. Benedetto, Assistant District Attorney General, at One Ashburton Place, Boston Massachusetts, 02108, by First Class Mail, postage pre paid, on June, 1st, 2004.

Brian J. Pierce, Pro Se,

_____
M.C.I. Norfolk
P.O. Box 43
Norfolk, Massachusetts
02056