UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. PIERCE,
    Petitioner,

                                          Civil Action No.  04-11273-RGS

    v.

LUIS SPENCER,
    Respondent.

ORDER OF DISMISSAL

STEARNS, D.J.

    In accordance with this Court's order dated June 14, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                                         By the Court,

                                                         s/ Linn A. Weissman
                                                         Deputy Clerk

Date June 15, 2004

(noticeofdismissal.wpd - 12/98)                                                                                            [odism.]