UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Brian J. Pierce
   Petitioner,

Vs.

Luis Spencer,
   Respondent.

Civil No.
# 04-11273-RGS

Appeal No.
# 04-1816

FILED
CLERKS OFFICE
2004 JUN 28 P 2: 46
U.S. DISTRICT COURT
DISTRICT OF MASS

### PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes the Petitioner, Brian J. Pierce, PRO SE, and respectfully request this Honorable Court for leave to proceed on his motion for Petition for relief in Forma Pauperis, Pursuant to Federal Rules Appelate Procedure, 24.

The Petitioner request leave to file in Forma Pauperis as Petitioner is filing PRO SE, and is also an inmate incarcerated at Massachusetts Correctional Institution in Norfolk State Prison.

In support and incorporated as part hereof by reference the Petitioner submits herewith the Petitioner's Affidavit of Indingency and Request for waiver or State Payment of fees and costs.

WHEREFORE, the Petitioner moves that this motion be allowed.

Respectfully Submitted,

Brian J. Pierce Pro Se,
W-54098
M.C.I. Norfolk
P.O. Box 43
Norfolk, MA. 02056

Dated: June /24/2004

UNITED STATES DISTRICT COURT

I M P O U N D E D    C O N F I N D E N T I A L

Suffolk County

Civil No.
#04-11273-RGS

Brian J. Pierce, Petitioner,

Appeal No.
#04-1816

-vs-

Luis Spencer, Respondent,

## AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER OR STATE PAYMENT OF FEES AND COSTS

Pursuant to General Laws c. 261 §§ 27A-G, the applicant, Brian J. Pierce swears (or affirms) as follows:

[Check only one.] 1. Applicant is indigent in that he/she is a person:

___ (a) who receives public assistance under the Massachusetts Aid To Families With Dependent Children, General Relief, or Veteran's Benefits programs or receives assistance under title XVI of the Social Security Act, or the Medicaid Program, 42 USC et seq., or

XX (b) whose income, after taxes is 125%, or less of the current poverty threshold annually established by the Community Services Administration pursuant to §625 of the Economic Opportunity Act, as amended, or

___ (c) who is unable to pay the fees and costs of the proceeding in which he is involved, or is unable to do so without depriving himself or his dependents of the necessities of life, including food, shelter and clothing.

Note: If the applicant checks (c), he/she should fill in the information called for in the "Supplement to the Affidavit O Indigency."

2. Applicant requests that the following normal fees and costs (E.G., filing fee, service of process costs, ect.) either be waived or paid for by the state.

Note: In filing in the blanks in this paragraph and paragraph 3, be as specific as possible as to fees and costs known at the time of filing this request. A supplemental request may be filed at a later time, if necessary.

All court cost, with the exception of the $5.00 filing fee.