# United States Court of Appeals
## For the First Circuit

No. 04-1816

BRIAN J. PIERCE,

Petitioner,

v.

LUIS SPENCER, SUPERINTENDENT OF M.C.I. NORFOLK,

Respondent.

Before

Selya, Lynch and Lipez,
<u>Circuit Judges</u>.

JUDGMENT

Entered: July 28, 2004

   Under the clear terms of 28 U.S.C. § 2244(b), the court lacks the authority to permit a second or successive habeas corpus application in this case. Leave to file such a petition in the district court is, therefore, <u>denied</u>. Petitioner's motion for appointment of counsel is <u>denied</u>.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk.

[cc: Brian J. Pierce and Thomas F. Reilly, Esq.]